1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 205-6560
4  cm@SoCalEAG.com

5  Attorneys for Plaintiff
   EDMOND NEAL
6
                    **UNITED STATES DISTRICT COURT**
7
                   **CENTRAL DISTRICT OF CALIFORNIA**
8

9  EDMOND NEAL,                          **Case No.: 2:25-cv-00239-PVC**

10          Plaintiff,                   **Plaintiff's Notice of Motion and Motion for Default Judgment by Court**

11      vs.                              Date: May 20, 2025
                                         Time: 10:00 a.m.
12                                       Courtroom: 590, 5th Floor
   HOLLYWOOD BOOKS, LLC;
13 MELROSE EQUITIES, LLC; and DOES 1    Honorable Judge Pedro V. Castillo
   to 10,
14
            Defendants.
15

16

17

18

19
           To Defendant MELROSE EQUITIES, LLC and the attorneys of record, if any:
20
   Please take notice that on May 20, 2025, at 10:00 a.m., or as soon thereafter as this matter
21
   may be heard by this Court located at 255 East Temple Street, Los Angeles, California,
22
   Plaintiff EDMOND NEAL will present Plaintiff's motion for default judgment against
23
   Defendant MELROSE EQUITIES, LLC. The Clerk has previously entered the default on
24
   said Defendant on March 7, 2025 (Dkt. #11) and March 19, 2025 (Dkt. #17).
25
           At the time and place of hearing, Plaintiff will present proof of the following
26
   matters: (1) Defendant MELROSE EQUITIES, LLC is not a minor or incompetent
27
   person or in military service or otherwise exempted under the Soldier and Sailor's Civil
28

---

Relief Act of 1940; (2) Defendant MELROSE EQUITIES, LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages, $2,725.00 in attorney's fees, and $715.00 in costs as set forth in the attached Declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 6917 Melrose Ave., Los Angeles, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant MELROSE EQUITIES, LLC on April 16, 2025, by first class United States Mail, postage prepaid.

Dated:  April 16, 2025                              **SO. CAL. EQUAL ACCESS GROUP**


By:     _/s/ Jason J. Kim_____
         Jason J. Kim, Esq.
         Attorneys for Plaintiff