# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOLLYWOOD BOOKS, LLC; MELROSE EQUITIES LLC, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 2:25-cv-00239-PVC<br><br>**ORDER ON JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT**<br><br>**[NOTE CHANGES BY COURT]** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the default entered by the Clerk in this matter be set aside.  The Motion for Default Judgment is **DENIED without prejudice.**

　　**IT IS FURTHER ORDERED** that the hearing date on Plaintiff's Motion for Default Judgment be vacated, and that Defendant shall file its Answer to the Complaint within 21 days of the entry of this Order.

　　**IT IS SO ORDERED.**

Dated: April 30, 2025

_____
Honorable Pedro V. Castillo
United States Magistrate Judge

---

ORDER ON JOINT STIPULATION
TO SET ASIDE ENTRY OF DEFAULT AND [PROPOSED]ORDER
[FRCP 55(c)]